RECEIVED
IN LAKE CHARLES, LA.
OCT 20 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DARREL TREMAINE CARTER, | * | CIVIL ACTION NO. 2:13-cv-3181 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| DAVID PALAY, ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

## MEMORANDUM RULING

Before the court is the Report and Recommendation [Doc. 7] of the Magistrate Judge, to which the plaintiff has filed no Objection. For the following reasons, the plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Doc. 2], as amended by his subsequent Motion for Leave to Proceed *In Forma Pauperis* [Doc. 6], be and hereby is **DENIED**.

## FACTS & PROCEDURAL HISTORY

The plaintiff, Earl Darrel Tremaine Carter, filed this civil rights complaint on December 2, 2013.[1] On December 9, 2013, the plaintiff was instructed to either submit the required filing fee or to properly complete his application to proceed *in forma papueris*.[2] The plaintiff then submitted a second application to proceed *in forma pauperis*, but the application did not correct the previously noted deficiency.[3]

## LAW & ANALYSIS

The court herein adopts the findings of the magistrate judge in dismissing the plaintiff's claim under Federal Rule of Civil Procedure 41(b).[4] The plaintiff is cautioned that he has

---

[1] Compl. [Doc. 1].
[2] Sec. P. Deficiency Order [Doc. 4].
[3] Mot. for Leave to Proceed *in forma pauperis* [Doc. 6].
[4] Report and Recommendation [Doc. 7], at 1-2.

already had two claims dismissed for frivolity.[5] A prisoner is barred from proceeding *in forma pauperis* if any three actions have been dismissed on the grounds of frivolity. 28 U.S.C. § 1915(g). The only exception to this bar is if the prisoner is "under imminent danger of serious physical injury." *Id.* A complaint is frivolous if it lacks an arguable basis in law or fact. *Hutchins v. McDaniels,* 512 F.3d 193, 196 (5th Cir. 2007) (citing *Black v. Warren,* 134 F.3d 732, 734 (5th Cir. 1998)). Therefore, should the plaintiff have another claim dismissed as frivolous, he will be barred from proceeding *in forma pauperis* on future claim with limited exception. Accordingly,

**IT IS ORDERED** that Darrel Tremaine Carter's Motion for Leave to Proceed *In Forma Pauperis* [Doc. 2], as amended by his subsequent Motion for Leave to Proceed *In Forma Pauperis* [Doc. 6], be and hereby is **DENIED**.

Lake Charles, Louisiana, this 16 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[5] *See Carter v. Calcasieu Parish,* No. 2:13-cv-2324-PM-KK, (W.D. La. Jun. 17, 2014); and *Carter v. Calcasieu Parish,* No. 2:13-cv-02323-JTT-KK, (W.D. La. Jan. 22, 2014).