RECEIVED
IN LAKE CHARLES, LA.
OCT 20 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DARREL TREMAINE CARTER, | * | CIVIL ACTION NO. 2:13-cv-3181 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| DAVID PALAY, ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 7] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, having determined that the findings are correct under applicable law, and for the reasons set forth in the accompanying Memorandum Ruling,

**IT IS ORDERED** that Darrel Tremaine Carter's Motion for Leave to Proceed *In Forma Pauperis* [Doc. 2], as amended by his subsequent Motion for Leave to Proceed *In Forma Pauperis* [Doc. 6], be and hereby is **DENIED**.

Lake Charles, Louisiana, this 16 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE